

January 22, 2019

**Via CM/ECF**

The Honorable Cathy Seibel
The United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 21
White Plains, NY 10601-4150

Mr. Seff may attend the 2/6/19 hearing by phone. He should contact my courtroom deputy, Walter Clark (914-390-4077 or walter_clark@nysd.uscourts.gov) to make arrangements.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

1/23/19

Re:   United States v. Scronic, Case No. 18 Cr. 43 (CS)

Dear Judge Seibel:

    I represent the Stratton Springs Condominium Association, Inc. (the "Association") in the above-referenced matter. The Association holds a statutory lien on the Defendant's condominium in Stratton, Vermont for unpaid homeowners' assessments. I respectfully request permission to participate by telephone in the February 6, 2019 ancillary hearing.

    I am located in Burlington, Vermont, approximately five hours by car from the Courthouse. The Association would prefer not to incur additional legal fees in an amount almost equal to the amount of its lien in order for me to attend the February 6th hearing in person. This is especially the case since it is not clear whether the validity of the Association's lien will come up at the February 6th hearing.

    In the alternative, the Association requests respectfully that the Court reschedule the February 6th hearing, as I am not able to travel to White Plains on February 6th due to prior work commitments.

    Thank you for your consideration and courtesies.

Respectfully submitted,

/s/ *Daniel A. Seff*

Daniel A. Seff, Esq.
dseff@mskvt.com

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed with the Clerk of Court the above January 22, 2019 letter request to appear by telephone at the February 6, 2019 ancillary hearing.

The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

- James McMahon, Esq;
- Rachel Martin Esq.;
- Susanne Brody, Esq.;
- Andrew Alan Rubin, Esq.;
- Alexei Marc Schacht, Esq.; and
- Caroline Weaver Lenci, Esq.

DATED at Burlington, Vermont, this 22nd day of January, 2019.

    Respectfully submitted,

    MSK ATTORNEYS

By:   /s/ *Daniel A. Seff*
    Daniel A. Seff, Esq.
    275 College Street
    P.O. Box 4485
    Burlington, VT 05406-4485
    Phone: 802-861-7000
    Fax: 802-861-7007
    Email: dseff@mskvt.com

*Attorneys for Petitioner the Stratton Springs Condominium Association, Inc.*